1900–51ST STREET CORPORATION, Landlord, Appellant, *v.* JOSEPH DENNIS, Tenant, Respondent.

Supreme Court, Appellate Term, Second Department, June 15, 1944.

*Morris H. Horowitz* for appellant.

*Joseph Dennis,* respondent in person.

MEMORANDUM *Per Curiam.* There was no proof by the tenant of the expenditure of any money for heat; nor was there proof of the difference between the agreed price of the apartment when heated according to contract and its value when improperly heated. (*Amalgamated Properties, Inc.,* v. *Weiss,* No. 790, Nov., 1933, Term; *35th Avenue Building Corp.* v. *Brodsky,* No. 355, A, B, C, D, E [six cases], Oct., 1943, Term.)

The final order should be modified to increase the amount due to landlord for January and February rent to sixty-four dollars, and as so modified, affirmed, without costs.

MacCRATE, SMITH and STEINBRINK, JJ., concur.

Ordered accordingly.